753 A.2d 715

IN THE MATTER OF JEFFREY D. SERVIN,
AN ATTORNEY AT LAW.

June 30, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JEFFREY D. SERVIN** of **CAMDEN**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *Rule* 1:21–1(a) and *RPC* 5.5(a) (failure to maintain a *bona fide* office), and good cause appearing;

It is ORDERED that **JEFFREY D. SERVIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.